# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| | ) 1:23-mj-288 |
| Ryan Hurt | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 19, 2023__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(j) | Possession of Stolen Firearms |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ David McDaniel
*Complainant's signature*

David McDaniel, TFO/ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: 4/20/2023

City and state: Indianapolis, Indiana

Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR CRIMINAL COMPLAINT**

1. Your Affiant, David McDaniel, is a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has served in that capacity since 2008. Your Affiant is currently assigned to the Indianapolis Group I Field Office – Achilles Task Force and is charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code. Your Affiant is a Detective for the Indianapolis Metropolitan Police Department (IMPD) and has been employed with IMPD since November 1995.

2. As a law enforcement officer, your Affiant has participated in investigations involving homicides, aggravated batteries, serious violent felons, firearms, drug trafficking, robberies, and financial crimes, among other matters. Your Affiant has also testified in judicial proceedings and prosecutions for violations of comparable state law. Your Affiant received their initial training at the Indianapolis Metropolitan Police Department Academy in 1995. Your Affiant has satisfied the minimum basic training requirements established by rules adopted by the law enforcement training board under I.C. 5-2-1-9 and described in I.C. 35-37-4-5. Your Affiant has completed Basic Detective School through the Indianapolis Police Department and has attended various narcotics trainings both locally and through the United States Department of Justice. Your Affiant has received Quarterly Firearms Training (held in Indianapolis) and yearly in-service training (held in Indianapolis).

3. This affidavit is submitted in support of a criminal complaint charging Ryan Hurt, (date of birth XX/XX/1995) with possession of a stolen firearm in violation of Title 18, United

States Code, Section 922(j).  The information contained in the below numbered paragraphs is either personally known to your Affiant or told to your Affiant by other law enforcement officers.

4. On April 19, 2023, officer with IMPD and ATF executed a federal search warrant at the residence of Ryan Hurt, located on Basswood Drive in Indianapolis, Indiana.  During the course of searching Hurt's residence, officers located two firearms, a Kahr Arms Auto Ordnance 1911 .45 caliber pistol and a Heritage Manufacturing In. .22 caliber revolver.  Both firearms had been stolen.

5. Hurt was read his Miranda rights and agreed to speak to law enforcement.  During his statement, Hurt admitting that he possessed the firearms and that he knew the firearms he possessed had been stolen.  Both firearms had been manufactured outside of Indiana and had travelled in interstate commerce.

## Conclusion

6. Based on the facts set forth in this affidavit, your Affiant submits that probable cause exists that on April 19, 2023, in the Southern District of Indiana, Ryan Hurt, committed the offense of possession of a stolen firearm in violation of Title 18, United States Code, Section 922(j).  I respectfully request this Court issue a Criminal Complaint for Hurt accordingly, along with a warrant for his arrest.

s/ David B. McDaniel
David B. McDaniel, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to me, pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), by reliable electronic means.

Date:  4/20/2023

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana